### RYAN et al. v. SARKEYS.
### JACKSON et al. v. HARNESS et al.

No. 15697—Opinion Filed July 14, 1925.

(Syllabus.)

**Appeal and Error—Time for Filing Appeal—Dismissal.**

An appeal filed in this court after the expiration of six months from date of final order will be dismissed for want of jurisdiction.

Error from District Court, Seminole County; Geo. C. Crump, Judge.

Action between W. J. Ryan, Willie Jackson et al. and S. J. Sarkeys, D. F. Harness et al. From the judgment, the former appeal. Appeal dismissed.

A. M. Fowler, for plaintiffs in error.

Davis & Patterson, for defendant in error.

Stuart, Sharp & Cruce, for Carl C. Harness.

PER CURIAM. In this case motion for a new trial was overruled on the 28th day of February, 1924, and from this order the appeal was taken and filed in this court on the 29th day of August, 1924, which was one day after the expiration of the six months provided by section 798, C. O. Stat. 1921. This statute is mandatory and the appeal is dismissed. Brown v. Parks, 80 Okla. 184, 195 Pac. 133.

Note.—See under (1) 3 C. J. p. 1067, § 1074; 4 C. J. p. 566, § 2380.